IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ELIZABETH STRICKLIN, formerly known
as ELIZABETH NOFFSINGER, on behalf of
herself and others similarly situated,**

      **Plaintiff,**

**v.**

**JEFFERSON CAPITAL SYSTEMS, LLC,
A Georgia Limited Liability Company,**

      **Defendant.**              **No. 11-cv-201-DRH-PMF**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal (Doc. 26). The parties inform the Court pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) that all parties consent and stipulate to the dismissal of this action with prejudice. The Court acknowledges the parties' stipulation and holds this case is **DISMISSED with prejudice**. The Clerk is instructed to enter judgment accordingly.

      **IT IS SO ORDERED.**

Signed this 12th day of February, 2013.

Digitally signed by
David R. Herndon
Date: 2013.02.12
13:42:38 -06'00'

**Chief Judge
United States District Court**