UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ELIZABETH STRICKLIN,** *f/k/a Elizabeth Noffsinger, on behalf of herself and others similarly situated,*

    **Plaintiff,**

v.

**JEFFERSON CAPITAL SYSTEMS, LLC,**
*a Georgia limited liability company,*

    **Defendant.**                      No. 11-cv-201-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on February 12, 2013, 2013, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                    BY:      /s/*Sara Jennings*
                                                **Deputy Clerk**

Dated: February 12, 2013

Digitally signed by David R. Herndon
Date: 2013.02.12 13:45:07 -06'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT